IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 16 PM 5:10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RONNIE MONTGOMERY,

    Plaintiff,

VS.                                NO. 04-2990-Ma/V

JOHN E. POTTER, USPS, POSTMASTER
GENERAL, and AMERICAN POSTAL WORKERS
UNION, AFL-CIO MEMPHIS TENNESSEE AREA LOCAL,

    Defendants.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

    Before the court is the April 25, 2005, motion for admission *pro hac vice* of Peter J. Leff. Mr. Leff is a member in good standing of the bar of the Commonwealth of Virginia. Mr. Leff has obtained and is familiar with the local rules and professional guidelines of this court.

    For good cause shown, the motion is granted and Peter J. Leff is admitted to participate in this action as counsel for defendant American Postal Workers Union, AFL-CIO Memphis Tennessee Area Local.

    It is so ORDERED this 16th day of May, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05



UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02990 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Peter J. Leff
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L. Street NW
Ste 1200
Washington, DC 20005--412

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Ronnie Montgomery
7555 Woodshire Drive
Horn Lake, MS 38637

Honorable Samuel Mays
US DISTRICT COURT