IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 MAY 17 PM 1: 14

Ro___ ____ ____
CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

| | |
|---|---|
| RONNIE MONTGOMERY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 04-2990 Ma/V |
| JOHN E. POTTER, JOHN E. POTTER, POSTMASTER GENERAL, AMERICAN POSTAL WORKERS UNION, AFL-CIO, MEMPHIS TENNESSEE AREA LOCAL, | ) |
| Defendant. | ) |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held May 19, 2005. Present were Ronnie Montgomery, Pro Se, and Linda Harris, counsel for defendants. At the conference, the following dates were established as the final dates for:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): August 30, 2005

2. Joining Parties: July 25, 2005.

3. Amending Pleadings: July 25, 2005

4. Initial Motions to Dismiss: June 30, 2005

5. Completing All Discovery: October 20, 2005

    (a) Document Production: October 20, 2005

    (b) Deposition, Interrogatories, Requests for Admissions: October 20, 2005

    (c) Expert Witness Disclosures:

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05



    (1)    Disclosure of Plaintiff's Rule 26 Expert: August 30, 2005

    (2)    Disclosure of Defendant's Rule 26 Expert: September 30, 2005

    (3)    Expert Witness Depositions: November 30, 2005

6.    Filing Dispositive Motions: December 30, 2005

This case is set for a non-jury trial, and the trial is expected to last 1-2 days. The pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

The parties cannot assess whether this case is appropriate for ADR until some discovery has been conducted. The parties are ordered to notify the Court no later than November 30, 2005, if they believe ADR is appropriate. Motions to compel must be filed by the discovery cut off date.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with the parties pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: May 17, 2005

_____
RONNIE MONTGOMERY
Pro Se

_____
LINDA NETTLES HARRIS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02990 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ronnie Montgomery
7555 Woodshire Drive
Horn Lake, MS 38637

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Peter J. Leff
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L. Street NW
Ste 1200
Washington, DC 20005--412

Honorable Samuel Mays
US DISTRICT COURT