IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᴋᴄ D.C.

05 OCT 19 AM 9:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RONNIE MONTGOMERY ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 04-2990 MAV |
| JOHN E, POTTER, Postmaster General ) UNITED STATES POSTAL SERVICE ) AMERICAN POSTAL WORKER ) UNION, AFL-CIO, MEMPHIS ) TENNESSEE AREA LOCAL, ) | |
| Defendants. ) | |

(Proposed)
**ORDER GRANTING MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Two of the parties, John E. Potter and the Memphis Tennessee Area Local, American Postal Workers Union, AFL-CIO ("the Local") by and through their attorneys, have filed a joint motion for modification of the scheduling order, requesting an extension of the deadline for discovery by an additional one hundred and twenty (120) days. The Plaintiff does not object to the motion. For the reasons stated in the motion and for good cause shown, the motion is granted and the deadline for completion of all discovery is extended until February 20, 2006.

**IT IS SO ORDERED**, this 18th day of October, 2005.

_____
SAMUEL H. MAYS
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Submitted by:
_Linda Nettles Harris_
Linda Nettles Harris
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02990 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Ronnie Montgomery
7555 Woodshire Drive
Horn Lake, MS 38637

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter J. Leff
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L. Street NW
Ste 1200
Washington, DC 20005--412

Honorable Samuel Mays
US DISTRICT COURT