IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -4 AM 6: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

RONNIE MONTGOMERY,

    Plaintiff,

VS.                                              NO. 04-2990-MaV

JOHN E. POTTER, U. S. POSTMASTER, ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO CONTINUE STATUS CONFERENCE

---

Before the court is the October 28, 2005, unopposed motion of the parties to reset the status conference which is presently et on November 4, 2005. For good cause shown, the motion is granted. The status conference is **reset** to **Tuesday, December 6, 2005, at 9:00 a.m.**

It is so ORDERED this 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-7-05

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02990 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Peter J. Leff
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L. Street NW
Ste 1200
Washington, DC 20005--412

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Ronnie Montgomery
7555 Woodshire Drive
Horn Lake, MS 38637

Honorable Samuel Mays
US DISTRICT COURT