IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONNIE MONTGOMERY,

    Plaintiff,

VS.                            NO. 04-2990-Ma

JOHN POTTER, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to the defendants' October 11, 2005, motion to modify the scheduling order in this matter, the court held a status conference on December 6, 2005. Plaintiff appeared *pro se*. Participating on behalf of the defendants were William Siler, K. Janowitz, L. Gunther, and J. Escalante. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery is February 20, 2006.

2. The deadline for filing supplemental dispositive motions is March 31, 2006.

3. The deadline for completing mediation is February 28, 2006.

4. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on May 31, 2006.

5. A pretrial conference will be held on Wednesday, June

   7, 2006, at 1:30 p.m.

6. The non-jury trial is **reset** to Monday, June 19, 2006, at 9:30 a.m. and is expected to take 2 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 19th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02990 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Peter J. Leff
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L. Street NW
Ste 1200
Washington, DC 20005--412

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel Morris
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Ronnie Montgomery
7555 Woodshire Drive
Horn Lake, MS 38637

Honorable Samuel Mays
US DISTRICT COURT